IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,              )<br>                                                                  )<br>        Plaintiff,                                              )<br>                                                                  )<br>v.                                                                )
    Civil Action No.: 4:13-CV-136<br>                                                                  )<br>WILLIAM MELLORS, JOEY HERREN AND  )<br>SHARON HERREN, GREGORY PAUL          )<br>SUCHER, NONSTOP FITNESS, INC., CLUB )<br>MANAGEMENT SERVICES, INC. f/k/a       )<br>NONSTOP FITNESS, INC., CURTIS             )<br>HUFFMAN, LIKEN ENTERPRISES d/b/a     )<br>ACTIVE NUTRITION CORPORATION, and )<br>BARRIN INNOVATIONS, LLC,                        )<br>                                                                  )<br>        Defendants.                                        )| |

**CONSENT ORDER ALLOWING STATUS CONFERENCE**
**TO BE HELD VIA TELEPHONE**

The parties in the above-styled action having consented and agreed, the Court hereby ORDERS as follows:

1. The parties are permitted to hold their Status Conference via telephone. The Joint Status Report is due on March 14, 2014.

SO ORDERED, this 13th day of March 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

**Prepared by:**

Caitlin M. Crist
FIELDS HOWELL
191 Peachtree Street, NE
Suite 4600
Atlanta, GA 30303