FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAY 16 PM 3:43
CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

EVANSTON INSURANCE COMPANY,

Plaintiff,

v.

WILLIAM MELLORS; JOEY HERREN; SHARON HERREN; GREGORY PAUL SUCHER; NONSTOP FITNESS, INC.; CLUB MANAGEMENT SERVICES, INC. f/k/a Nonstop Fitness, INC.; CURTIS HUFFMAN; LIKEN ENTERPRISES d/b/a Active Nutrition Corporation; and BARRIN INNOVATIONS, LLC;

Defendants.

CASE NO. CV413-136

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 119.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." After review of the record and as requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are likewise **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of May 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA